IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON GARY,

      Plaintiff,

v.                                              CASE NO. 5:13-cv-415-RS-GRJ

JACKSON MEDICAL, et al.,

      Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 13). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for abuse of the judicial process. This dismissal operates as a "strike" pursuant to 28 U.S.C. § 1915(g).

3. All pending motions are terminated.

4. The Clerk is directed to close the case.

**ORDERED** on April 29, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**